1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4
   LOWELL C. POWELL  (CABN 235446)
5  Special Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
7      Telephone:     (415) 436-7368
       Facsimile:     (415) 436-7234
8      Email: lowell.powell2@usdoj.gov

9  Attorneys for Plaintiff

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   NO. CR 10-0639 SI
15                                  )
          Plaintiff,                )
16                                  )
       v.                           )   **STIPULATION AND [PROPOSED]**
17                                  )   **ORDER EXCLUDING TIME UNDER 18**
   MICHAEL GONZALEZ,                )   **U.S.C. § 3161**
18    a/k/a Michael Gonzales,       )
      a/k/a Mauricio Martinez,      )
19                                  )
          Defendant.                )
20  _____)

21

22
           On September 1, 2010, the parties in this case appeared before the Court. At that time,
23
   the Court set the matter to September 17, 2010 at 11:00 a.m. before the Honorable Susan Illston.
24
   The parties have agreed to exclude the period of time between September 1, 2010 and September
25
   17, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties have represented
26
   that granting the exclusion would allow the reasonable time necessary for effective preparation of
27
   counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice
28

   STIPULATION & [PROPOSED] EXCLUDING TIME
   CR 10-0639 SI                                                                              1

1  served by granting such an exclusion of time outweigh the best interests of the public and the
2  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings
3  consistent with this agreement.

4

5

6

7  SO STIPULATED:

8                                         MELINDA HAAG
9                                         United States Attorney

10

11  DATED: September 1, 2010              _____/s/_____
                                          LOWELL C. POWELL
12                                        Special Assistant United States Attorney

13

14  DATED: September 1, 2010              _____/s/_____
                                          LOREN G. STEWART
15                                        Attorney for MICHAEL GONZALEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0639 SI                                                                              2

## [PROPOSED] ORDER

For the reasons stated above and at the September 1, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 1, 2010 through September 17, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2 Sept 10

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge